# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| CECILIA A. FRANCESCON | CIVIL ACTION NO. 17-0187 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 14], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and that this action is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 6th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE